An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

AD AMERICA, INC., A NEVADA CORPORATION,

Appellant,

vs.

THE STATE OF NEVADA DEPARTMENT OF TRANSPORTATION,

Respondent.

No. 66556

**FILED**

AUG 06 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Ronald J. Israel, District Judge
Stephen E. Haberfeld, Settlement Judge
Law Offices of Brian C. Padgett
Chapman Law Firm, P.C./Las Vegas
Attorney General/Transportation Division/Carson City
Attorney General/Las Vegas
Chapman Law Firm, P.C./Reno
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-23745